**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00119-ZLW

WILLIAM MAUNZ,

      Applicant,

v.

DISTRICT COURT, Denver, State of Colorado, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Applicant's "Motion for Show Cause Order Pursuant to Title U.S.C.A. 28 § 2243"
filed on September 13, 2005, and Applicant's "Motion to Enter as Documentary
Evidence According to Title 28 U.S.C. § 2251" filed on September 14, 2005, will not be
considered and are DENIED because this action was dismissed by order filed on April
19, 2005, and currently is on appeal.

Dated:  September 20, 2005

---

Copies of this Minute Order mailed on September 20, 2005, to the following:

William Maunz
CMHIP
1600 W. 24th Street
Pueblo, CO 81003

_____
Secretary/Deputy Clerk