IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00119-ZLW

WILLIAM MAUNZ,

    Applicant,

v.

DISTRICT COURT, Denver, State of Colorado, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion to Enter Compentancy [sic] Evaluation As Evidence, Show Cause Order" filed on September 20, 2005, will not be considered and is DENIED because this action was dismissed by order filed on April 19, 2005, and currently is on appeal.

Dated: September 21, 2005

Copies of this Minute Order mailed on September 21, 2005, to the following:

William Maunz
CMHIP
1600 W. 24th Street
Pueblo, CO 81003

Secretary/Deputy Clerk