IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00119-ZLW

WILLIAM MAUNZ,

    Applicant,

v.

DISTRICT COURT, Denver, State of Colorado, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 7 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion to Dismiss Criminal Charges Fed. Crim. Code & Rules, Rule 48, 28 § 2254" filed on June 5, 2006, is DENIED because this action was dismissed by order filed on April 19, 2005.

Dated: June 7, 2006

Copies of this Minute Order mailed on June 7, 2006, to the following:

William Maunz
Prisoner No. 93613
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk