IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00119-ZLW

WILLIAM MAUNZ,

    Applicant,

v.

DISTRICT COURT, Denver, State of Colorado, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 20 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion to Dismiss Criminal Charges Fed. Crim. Code & Rules, Rule 48, 28 § 2254" filed on June 9, 2006, his "Motion to Enter Evidence, Supplementary" filed on June 14, 2006, and his "Motion to Stay of Mandate According to Fed. Rules of App. Pro., Rule 41(d)" filed on June 19, 2006, are DENIED.

Dated: June 20, 2006

---

Copies of this Minute Order mailed on June 20, 2006, to the following:

William Maunz
Prisoner No. 93613
Denver County Jail
PO Box 1108
Denver, CO 80201

                                              Secretary/Deputy Clerk